## Commonwealth *v.* Kelley, Appellant.

Argued March 13, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*E. J. Julian,* Public Defender, for appellant.

No oral argument was made nor brief submitted for appellee.

OPINION PER CURIAM, April 20, 1972:
Judgment of sentence affirmed.